UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHANA DEITSCH,

                        Plaintiff,

            -against-

CHEDER CHABAD OF MONSEY and YESHIVA
TZOIN YOSEF PUPA, INC.,

                        Defendants.

26-CV-996 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court has been notified that mediation was unsuccessful in resolving any issue in this case. ECF No. 18. As previously directed, the parties are ORDERED to submit a joint status letter no later than **July 13, 2026,** and request that an initial pretrial conference be scheduled. *See* ECF No. 6. The letter should also include the major legal and factual issues that are most important to resolving the case, whether by trial, settlement or dispositive motion.

Attached as an exhibit to the joint letter, the parties are further ORDERED to submit a proposed Civil Case Management Plan and Scheduling Order. The parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke.

Should the parties believe that they can do without an initial pretrial conference, they should so indicate in their letter. The Court may then enter the case management plan and scheduling order and the parties need not appear.

The Court may also refer the case to the assigned Magistrate Judge for general pretrial management.

Dated:  June 29, 2026
          White Plains, New York

SO ORDERED.

_Jessica Clarke_
_____
JESSICA G. L. CLARKE
United States District Judge